

FILED
OCT 21 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JASON K. WHEELER, ) <br> ) <br> Defendant. ) <br> _____) | No. 1:09-CR-00192 LJO <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on October 8, 2009, on a violation of supervised release,

IT IS HEREBY ORDERED that the defendant shall be released on Thursday, October 22, 2009 at 11:00am. Said defendant is ordered to report to the Salvation Army in Bakersfield, California, a Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

DATED: 10-21-09

_____
HONORABLE OLIVER W. WANGER
U.S. District Judge

1